ACCEPTED
15-25-00145-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 3:36 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00145-CV

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 3:36:37 PM
CHRISTOPHER A. PRINE
Clerk

Appellant Glenn Hegar, Texas Comptroller of Public Accounts

v.

Appellee The Neiman Group, LLC

Interlocutory Appeal from 200th Judicial District Court of Travis County, Texas

**JOINT MOTION FOR EXTENSIONS OF TIME TO FILE APPELLEE'S
BRIEF AND APPELLANT'S REPLY BRIEF**

REEVES & BRIGHTWELL LLP

Sinéad O'Carroll
State Bar No. 24013253
socarroll@reevesbrightwell.com
3103 Bee Caves Rd, Suite 240
Austin, TX 78746
512-334-4500 (telephone)
512-334-4492 (facsimile)

BAILEY CAVALIERI LLC

Jameel S. Turner
(*pro hac vice application forthcoming*)
Brittany P. Stephen
(*pro hac vice application forthcoming*)
John P. Miller
(*pro hac vice application forthcoming*)
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
T: (614) 221-3155
F: (614) 221-0479
jturner@baileycav.com
bstephen@baileycav.com
jmiller@baileycav.com

*Counsel for Appellee, The Neiman Marcus Group LLC*


Terri M. Abernathy
Assistant Attorney General
Texas Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711−2548
Phone (512) 979-5354
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellant, Glenn Hegar, Texas Comptroller of Public Accounts*

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee The Neiman Marcus Group, LLC ("Neiman Marcus") and Appellant Glenn Hegar, Texas Comptroller of Public Accounts ("Comptroller"), move this Court for extensions of time to file Neiman Marcus' Appellee Brief and Comptroller's Reply Brief.

1. The current deadline for the Appellee Brief is December 1, 2025.

2. Neiman Marcus seeks a 30-day extension of the Appellee Brief until December 31, 2025.

3. The Comptroller's Reply Brief currently would be due December 21, 2025.

4. The Comptroller seeks an extension until January 23, 2026, which reasonably corresponds to the extension sought by Neiman Marcus.

5. The requested extensions will help both parties navigate the upcoming holiday season, pre-planned travel, and other deadlines currently set on and around the current deadlines.

6. Counsel for the Comptroller anticipates filing a vacation letter for the holiday season with a return date of January 7, 2026.

7. The parties do not file this motion for the purpose of delay.

8. Neiman Marcus has not sought nor has this Court granted it any previous extensions. The Comptroller previously sought and the Court granted an unopposed extension for her Appellant Brief.

9. All facts recited in this motion are within the personal knowledge of the undersigned counsel, therefore no verification is necessary under Texas Rule of Appellant Procedure 10.2.

The partis request the Court grant this motion and extend the time to file its Appellee Brief until December 31, 2025, and the Comptroller's Reply Brief to January 23, 2026.

REEVES & BRIGHTWELL LLP

*/s/ Sinéad O'Carroll*
Sinéad O'Carroll
State Bar No. 24013253
socarroll@reevesbrightwell.com
3103 Bee Caves Rd, Suite 240
Austin, TX 78746
512-334-4500 (telephone)
512-334-4492 (facsimile)

BAILEY CAVALIERI LLC

Jameel S. Turner
(*pro hac vice application forthcoming*)
Brittany P. Stephen
(*pro hac vice application forthcoming*)
John P. Miller
(*pro hac vice application forthcoming*)
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
T: (614) 221-3155
F: (614) 221-0479
jturner@baileycav.com
bstephen@baileycav.com
jmiller@baileycav.com

*Counsel for Appellee, The Neiman Marcus Group LLC*

/s/ Terri M. Abernathy
Terri M. Abernathy
Assistant Attorney General
Texas Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711−2548
Phone (512) 979-5354
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellant, Glenn Hegar, Texas Comptroller of Public Accounts*

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), the parties conferred regarding this filing.

/s/ Sinéad O'Carroll
Sinéad O'Carroll

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2025, Neiman Marcus filed a copy of this motion via the Court's electronic filing manager causing electronic service upon all counsel of record in accordance with Texas Rule of Appellate Procedure 9.5(b) and via email upon:

Terri M. Abernathy
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
terri.abernathy@oag.texas.gov

*Attorney for Appellant Glenn Hegar,*
*Texas Comptroller of Public Accounts*

*/s/ Sinéad O'Carroll*
Sinéad O'Carroll

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Farris on behalf of Sinead O'Carroll
Bar No. 24013253
sfarris@reevesbrightwell.com
Envelope ID: 108299371
Filing Code Description: Motion
Filing Description: Joint Motion for Extensions of Time to File Appellee's Brief and Appellant's Reply Brief
Status as of 11/20/2025 3:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 11/20/2025 3:36:37 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/20/2025 3:36:37 PM | SENT |
| Sinead O'Carroll | | socarroll@reevesbrightwell.com | 11/20/2025 3:36:37 PM | SENT |
| Jameel S.Turner | | jturner@baileycav.com | 11/20/2025 3:36:37 PM | SENT |
| Brittany P.Stephen | | bstephen@baileycav.com | 11/20/2025 3:36:37 PM | SENT |
| John P. Miller | | jmiller@baileycav.com | 11/20/2025 3:36:37 PM | SENT |
| Susan Farris | | sfarris@reevesbrightwell.com | 11/20/2025 3:36:37 PM | SENT |